No. 119. ADVANCE TRANSPORTATION Co. *v.* MILLER ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Joseph H. Hinshaw* and *Oswell G. Treadway* for petitioner. *Mr. Lloyd D. Heth* for respondents.

No. 120. BEN BIMBERG & Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Prew Savoy* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 121. KNOST *v.* MACMILLAN. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Leslie C. Garnett* and *Samuel F. Beach* for petitioner. *Mrs. Mabel Walker Willebrandt* and *Mr. John J. Sirica* for respondent.

No. 123. DANIEL *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. H. Gamble* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 126. MUSHER FOUNDATION, INC. *v.* ALBA TRADING Co., INC. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second